United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLOBAL BROTHER SRL,
Plaintiff,

v.

WILL KAUR, et al.,
Defendants.

Case No. 3:25-cv-01283-JSC

**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT DEFAULT JUDGMENT**

Re: Dkt. Nos. 39, 46

Plaintiff Global Brother SRL brings this copyright infringement suit against Defendant Ericka Tillis, also known as Will Kaur. (Dkt. No. 1.) The Court has reviewed Magistrate Judge Virginia K. DeMarchi's Report and Recommendation to grant Plaintiff's motion for default judgment, award $30,000 in statutory damages, enter a permanent injunction, and allow Plaintiff to submit a motion for attorneys' fees and costs. (Dkt. No. 46.) Judge DeMarchi concluded the Court had subject matter and personal jurisdiction over Defendant, service of process was adequate, and the *Eitel* factors justified entry of default judgment in the amount of $30,000 in statutory damages. In addition, Judge DeMarchi recommended a more limited permanent injunction than Plaintiff requested be entered against Defendant. (*Id.* at 13-19.)

Plaintiff served the Report and Recommendation on Defendant as ordered by the Court. (Dkt. No. 48.) No party filed an objection and the time to object has expired. *See* Fed. R. Civ. P. 72(b)(2).

After de novo review, the Court finds the Report and Recommendation correct, well-reasoned, and thorough, ADOPTS it in every respect, and GRANTS Plaintiff's motion for default judgment awarding $30,000 in statutory damages, entering a permanent injunction, and allowing Plaintiff to submit a motion for attorneys' fees and costs. Plaintiff's fees motion shall be filed

within 14 days of this Order.

This Order disposes of Dkt. Nos. 39, 46.

**IT IS SO ORDERED.**

Dated: September 14, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California