UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL BROTHER SRL,<br>Plaintiff,<br>v.<br>WILL KAUR, et al.,<br>Defendants. | Case No. 3:25-cv-01283-JSC<br>**ORDER GRANTING MOTION FOR ATTORNEY'S FEES**<br>Re: Dkt. No. 52 |

Plaintiff Global Brother SRL brought this copyright infringement suit against Defendant Ericka Tillis, also known as Will Kaur. (Dkt. No. 1.)[1] The Court previously adopted Magistrate Judge Virginia K. DeMarchi's Report and Recommendation to grant Plaintiff's motion for default judgment, award $30,000 in statutory damages, enter a permanent injunction, and allow Plaintiff to submit a motion for attorneys' fees and costs and entered judgment. (Dkt. Nos. 49, 50.) Now pending before the Court is Plaintiff's motion for attorney's fees and costs. (Dkt. No. 52.) No opposition has been filed although the time for opposing has passed. *See* N.D. Cal. Civ. L.R. 7-3(a).

Plaintiff seeks $12,148.50 in fees for 31.6 hours of attorney time. (Dkt. No. 52-1 at 5.) The hourly rate applied and time spent are reasonable and well documented. *See Lanard Toys Ltd. v. Dimple Child LLC,* 843 F. App'x 894, 897 (9th Cir. 2021) (in a copyright action a "district court may award attorney's fees by first determining a reasonable 'lodestar' fee (multiplying the hours reasonably worked by a reasonable hourly rate)"). Plaintiff also appropriately seeks $605.00 in costs, consisting of the filing and service fees.

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

United States District Court
Northern District of California

So, the Court grants Plaintiff's motions for $12,148.50 in fees and $605.00 in costs. An amended judgment will issue.

This Order disposes of Dkt. Nos. 52, 53.

**IT IS SO ORDERED.**

Dated: October 26, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California